# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LaDell Jay Bistline Jr.,<br><br>　　　　　Defendant. | Case No. CR-22-08092-06-PCT-SMB<br><br>ORDER<br>(First Request) |

　　　Upon Motion of Defendant, LaDell Jay Bistline Jr., and Assistant U.S. Attorney Dimitra Sampson, having no objection, and good cause appearing therefrom;

　　　**IT IS ORDERED granting** the motion to continue and continuing the December 16, 2024, at 11:00 a.m. Sentencing Hearing in this matter to **January 15, 2025, at 2:00 p.m.** in courtroom 506.

　　　The court finds excludable delay under Title 18 U.S.C. 3161(h)(7)(A) from _____ to _____.

　　　Dated this 11th day of December, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge

1