FAUSSETTE & FAUSSETTE, PLLC
Jacob Faussette, SBN 027505
3800 N. Central Avenue, Ste. 615
Phoenix, Arizona 85012
Phone: (602) 466.1697
Attorney for Defendant Ladell Bistline

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 3:22-cr-08092-SMB |
| v. | **NOTICE OF APPEAL** |
| LaDell Jay Bistline Jr., | |
| Defendant. | |

Notice is hereby given that LaDell Jay Bistline Jr., defendant in the above-named matter, appeals to the United States Court of Appeals for the Ninth Circuit from the sentence imposed on February 19, 2025 (Dkt. #884), Judgment and Statement of Reasons entered in this case on February 21, 2025 (Dkt. #887 and #888 respectively).

Respectfully Submitted February 24, 2025.

Faussette & Faussette, PLLC

By: \_\_\_/s/Jacob Faussette\_\_\_\_\_
      Jacob Faussette
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Susan M. Brnovich

Dimitra H. Sampson, Assistant United States Attorney

Ryan D. Powell, Assistant United States Attorney

LaDell Jay Bistline, Jr., 60788-510, Central AZ Florence Correctional Complex

By: /s/ Char Snyder
     Char Snyder